AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DARRIUS L. BOYKINS**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 29, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Smith & Wesson .38 caliber revolver and .38 caliber ammunition; and did unlawfully, knowing, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title __18& 21__ United States Code, Section(s) __922(g)(1) and 841(a)(1)__.

I further state that I am __OFFICER MARK STEFFENBURG__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER MARK STEFFENBERG**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                        City and State

_____   _____
Name & Title of Judicial Officer          Signature of Judicial Officer