## STATEMENT OF FACTS

      On Thursday, September 29, 2005, at about 4:00 a.m., sworn officers with the Metropolitan Police Department's Fifth District were in the area of New York Avenue and BladensburgRoad, N.E., Washington, D.C., when they witnessed a car strike two other cars and continue on its way. Defendant Darrius Boykins was driving the car that hit the others. Officers conducted a traffic stop and placed the defendant under arrest. A search of the defendant revealed $1,485.00 in his pants pocket. A search of the car revealed a loaded .38 caliber revolver, a white plastic bag containing valium , and a digital scale. Also recovered from the car was a shaving cream can with a false bottom, which contained a ziplock containing a green leafy substance and a sandwich bag containing a green leafy substance. The green leafy substance had a chemical odor consistent with liquid PCP. There was an Ajax can with a false bottom which contained a plastic bag containing a tan rock substance and a ziplock containing approximately 68.5 grams of a white powder substance. A portion of the white powder substance and the tan rock substance field tested positive for cocaine. After arrest, the defendant told police that the gun and cocaine belonged to him. The car was registered to the defendant. To the best of the undersigned officer's knowledge, defendant Darrius Boykins, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F12842-87. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no .38 caliber revolvers nor ammunition manufactured in the District of Columbia. The amount of the suspected cocaine is an amount commonly indicating that the suspected cocaine was going to be sold to others rather than used exclusively by the defendant.

                                            OFFICER MARK STEFFENBURG
                                            FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF SEPTEMBER, 2005.

                                            U.S. MAGISTRATE JUDGE